

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:     Dnice Dentrial Palm v. The State of Texas

Appellate case number:   01-16-00400-CR

Trial court case number: 1404371

Trial court:             228th District Court of Harris County

Appellant filed a motion to dismiss her appeal on June 15, 2016.  *See* TEX. R. APP. P. 42.2(a).  Appellant's motion is **DENIED** because appellant did not sign the motion to dismiss. *See id*.

The clerk's record and the reporter's record have both been filed.

Appellant's brief is **ORDERED** filed with this Court within 30 days of the date of this order.  *See* TEX. R. APP. P. 38.6(a).  Appellee's brief, if any, must be filed within 30 days after the date appellant's brief is filed.  *See* TEX. R. APP. P. 38.6(b).

Judge's signature: /s/ Chief Justice Sherry Radack
                   ☒  Acting individually

Date: January 31, 2017